UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

        v.                                    Case No. 11-mc-33-JL

<u>Steven Simoneau</u>

### O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated August 17, 2011, no objection having been filed. The taxpayer, Steven Simoneau, is hereby ordered to obey the summons and appear on November 17, 2011, at 10:00 a.m., at the IRS office located at 80 Daniel St., 4th floor, Portsmouth, NH, before Ann MacKean-Hartery (or any other authorized Revenue Officer of the IRS) to give testimony and produce all books and records in his possession or control required and called for by the terms of the summons of May 12, 2011.  I further order the government be awarded its costs.

      SO ORDERED.


August 17, 2011                  /s/ Joseph N. Laplante
                                         Joseph N. Laplante
                                         United States District Judge

cc:    Gretchen Leah Witt, AUSA
        Steven Simoneau

Case 1:11-mc-00033-JL   Document 6   Filed 10/24/11   Page 2 of 2