UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

     v.           Case No. 11-mc-33-JL

<u>Steven Simoneau</u>

O R D E R

   I herewith approve the Report and Recommendation of Magistrate Judge
Landya B. McCafferty dated August 17, 2011, no objection having been filed.
The taxpayer, Steven Simoneau, is hereby ordered to obey the summons and
appear on November 17, 2011, at 10:00 a.m., at the IRS office located at 80 Daniel
St., 4th floor, Portsmouth, NH, before Ann MacKean-Hartery (or any other
authorized Revenue Officer of the IRS) to give testimony and produce all books
and records in his possession or control required and called for by the terms of the
summons of May 12, 2011.  I further order the government be awarded its costs.

   SO ORDERED.


August 17, 2011       <u>/s/ Joseph N. Laplante</u>
             Joseph N. Laplante
             United States District Judge

cc: Gretchen Leah Witt, AUSA
   Steven Simoneau